STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. IMRE SIMA, DEFENDANT-APPELLANT.

Argued October 18, 1977—Decided December 1, 1977.

*Mr. Nicholas DiChiara,* Assistant Deputy Public Defender, argued the cause for appellant *(Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. David S. Baime,* Deputy Attorney General, argued the cause for respondent *(Mr. William F. Hyland,* Attorney General of New Jersey, attorney; *Mr. Baime* and *Mr. Alan Dexter Bowman,* Deputy Attorney General, on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.